PEOPLE *ex rel.* STAPLETON, Respondent, *v.* Bell *et al.*, Appellants.

(*Supreme Court, General Term, Third Department.* December 11, 1889.)

Argued before LEARNED, P. J., and LANDON and FISH, JJ.

No opinion. Stay of proceedings vacated. LANDON, J., dissenting. For former reports, see 7 N. Y. Supp. 701; *ante*, 254.

---

RICHMOND, Respondent, *v.* DIEFENDORF, Appellant.

(*Supreme Court, General Term, Third Department.* December 11, 1889.)

Argued before LEARNED, P. J., and LANDON and FISH, JJ.

No opinion. Judgment affirmed on former decision. For former report, see 4 N. Y. Supp. 375.

---

TABOR, Respondent, *v.* HUMPHREY, Appellant.

(*Supreme Court, General Term, Third Department.* December 11, 1889.)

Argued before LEARNED, P. J., and LANDON and FISH, JJ.

No opinion. Order affirmed, with $10 costs and printing disbursements. FISH, J., not acting.

---

THOMPSON *v.* FULLER.

(*Supreme Court, General Term, Third Department.* February 24, 1890.)

Argued before LEARNED, P. J., and LANDON and MAYHAM, JJ.

No opinion. Motion to modify order denied. For former report, see *ante*, 62.

---

TYRIELL *v.* YORK.

(*Supreme Court, General Term, Third Department.* February 24, 1890.)

Argued before LEARNED, P. J., and LANDON and MAYHAM, JJ.

No opinion. Motion to dismiss appeal denied.

---

*In re* VOWER'S WILL.

(*Supreme Court, General Term, Third Department.* December 11, 1889.)

Argued before LEARNED, P. J., and LANDON and FISH, JJ.

No opinion. Order affirmed, with costs against residuary legatee.

---

BAUDER *v.* LIPE.

(*Supreme Court, General Term, Fourth Department.* September 19, 1889.)

No opinion. Order reversed, with $10 costs and disbursements, and motion to set aside the attachment granted, with $10 costs. *Held,* that the limitation in section 638 of the Code of Civil Procedure applies. See *Blossom* v. *Estes,* 84 N. Y. 614.

---

FORSYTHE *v.* CUYLER.

(*Supreme Court, General Term, Fourth Department.* September 19, 1889.)

No opinion. Judgment affirmed, with costs.